CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Executive Counsel for Program Litigation 1
Social Security Administration | Law & Policy
KAITLIN H. WOLF (CA STATE BAR NO. 340582)
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (410) 965-6064
Kaitlin.Wolf@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSE PATRICK DANIEL MOORE,<br>Plaintiff,<br>vs.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Civil No. 3:26-cv-02732-TSH<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that the time to file Defendant's responsive brief is extended by 30 days, from July 29, 2026, to August 28, 2026. Plaintiff's reply, if any, shall now be due by September 11, 2026.

There is good cause for this extension. Counsel for Defendant has been on extended leave for the past six weeks attending to a personal matter. She was recently reassigned this case

upon returning from leave this week. Defendant respectfully requests additional time to allow his counsel time to review the record in this case and respond appropriately to Plaintiff's brief.

Respectfully submitted,

Dated: July 24, 2026_____

/s/ Margaret Lehrkind
MARGARET LEHRKIND
(*as authorized via email)
Attorney for Plaintiff

Dated: July 24, 2026

CRAIG H. MISSAKIAN
United States Attorney

By: /s/ Kaitlin H. Wolf____________
KAITLIN H. WOLF
Special Assistant U.S. Attorney
Program Litigation 1
Social Security Administration | Law & Policy
Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Kaitlin H. Wolf, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: July 24, 2026___

THE HONORABLE THOMAS S. HIXSON
United States Magistrate Judge