CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Executive Counsel for Program Litigation 1
Social Security Administration | Law & Policy
KAITLIN H. WOLF (CA STATE BAR NO. 340582)
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (410) 965-6064
Kaitlin.Wolf@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSE PATRICK DANIEL MOORE,<br>Plaintiff,<br>vs.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Civil No. 3:26-cv-02732-TSH<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR AND TO ENTRY OF JUDGMENT; ~~[PROPOSED]~~ ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary, offer Plaintiff the opportunity for a hearing, and issue a new decision. The parties further request that the Clerk

of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: August 7, 2026

*/s/ Margaret Lehrkind*
MARGARET LEHRKIND
(*as authorized via email)
Attorney for Plaintiff

Dated: August 7, 2026

CRAIG H. MISSAKIAN
United States Attorney

By: */s/ Kaitlin H. Wolf*
KAITLIN H. WOLF
Special Assistant U.S. Attorney
Program Litigation 1
Social Security Administration | Law & Policy
Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Kaitlin H. Wolf, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _August 7, 2026_____

THE HONORABLE THOMAS S. HIXSON
United States Magistrate Judge