Margaret Lehrkind, CSBN 314717
Lehrkind Law Office, P.C.
2625 Alcatraz Ave, # 208
Berkeley, CA 94705
Tel: 510-590-1907
Margaret@LehrkindLawOffice.com
Attorney for Plaintiff
JESSE PATRICK DANIEL MOORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSE PATRICK DANIEL MOORE,<br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant | Case No.: 3:26-cv-02732-TSH<br><br>STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

The parties, through their respective counsel, hereby agree that the position of the United States in this matter was not substantially justified, and as such, attorney fees in the amount of $6,800.00 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and costs of $0, pursuant to 28 U.S.C. § 1920. Such attorney fees shall be subject to verification that Plaintiff has no debt which qualifies for offset, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check or electronic funds transfer for EAJA fees shall be made payable to Plaintiff's attorney, Margaret Lehrkind, based upon Plaintiff's assignment of these amounts to her. *See* Exhibit –

Retainer Agreement. If Plaintiff has a debt, then any remaining funds after offset shall be made payable to Plaintiff and mailed to counsel's address.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

DATE: October 26, 2026 Respectfully submitted,

By: */s/ Margaret Lehrkind*
Margaret Lehrkind
Attorney for Plaintiff

DATE: October 26, 2026 By: */s/ Kaitlin Helms Wolf* *
Kaitlin Helms Wolf
**As authorized via email on 10/26/26*
Special Assistant United States Attorney
Attorney for Defendant

ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATE: October 27, 2026

HONORABLE THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE

Statement of Services and Expenses

## Jesse Patrick Daniel Moore; NDCA; 3:26-cv-02732-TSH

| Attorney | Date | Time | Rate | Total | Description |
|---|---|---|---|---|---|
| MTL | 1/27/26 | 2.30 | $258.46 | $594.46 | Rec'd documents via email from admin attorney; TC with admin attorney; and reviewed documents to determine whether to take client's case. |
| MTL | 3/27/26 | 0.80 | $258.46 | $206.77 | Prepared Complaint, civil coversheet, IFP |
| MTL | 3/27/26 | 0.10 | $258.46 | $25.85 | Email to client and admin attorney with status |
| MTL | 3/31/26 | 0.20 | $258.46 | $51.69 | Reviewed proceedural order and docketed deadlines (Dkt # 4) |
| MTL | 4/9/26 | 0.20 | $258.46 | $51.69 | Reviewed Dkt #7 order to meet and confer re statement of administrative record. Returned email from Erin Highland, OGC attorney and agreed to do separate statements of the admin record |
| MTL | 4/13/26 | 0.20 | $258.46 | $51.69 | filled out and filed consent to magistrate |
| MTL | 6/25/26 | 6.8 | $258.46 | $1,757.53 | Reviewed Record and took notes |
| MTL | 6/26/26 | 2 | $258.46 | $516.92 | Outlined arguments, legal research |
| MTL | 6/28/26 | 3.75 | $258.46 | $969.23 | Draft Brief |
| MTL | 6/29/26 | 5.2 | $258.46 | $1,343.99 | Draft Brief |
| MTL | 6/29/26 | 2.5 | $258.46 | $646.15 | Draft separate statement of administrative record |
| MTL | 6/29/26 | 1.6 | $258.46 | $413.54 | Edited brief, checked citations, included TOA and TOC and filed brief |
| MTL | 7/23/26 | 0.1 | $258.46 | $25.85 | Responded to email from OGC attorney on EOT request |
| MTL | 8/3/26 | 0.60 | $258.46 | $155.08 | Rec'd email from OGC attorney re voluntary remand, reviewed draft stip and called admin attorney to discuss implications of accepting an offer of vol remand, rec'd client's agreement and responded to OGC attorney |
| MTL | 10/23/26 | 1.10 | $258.46 | $284.31 | Prepared EAJA Docs, and drafted stip for EAJA fees |
| MTL | | | | | |
| | Total | 27.45 | | $7,094.73 | |

Attorneys:

MTL = Margaret Lehrkind, CASB # 314717

EAJA Rate 2025 258.46

**LEHRKIND LAW OFFICE, P.C.**
2625 Alcatraz Ave., # 208, Berkeley, CA 94705

**Retainer and Fee Agreement for Social Security Federal Court Appeal**

Thank you for contacting me regarding your Social Security case. If you choose to retain me, I would be honored to represent you in your federal court matter. To retain my services, please read this letter carefully and sign the bottom of the letter where indicated. This letter sets forth the terms by which I will represent you (the "Client"), and so it is important you read it carefully and understand it.

1. Scope of Services. This representation is limited to your federal court appeal, which seeks review of Social Security's final decision of your claim for disability benefits. If the district court remands your claim, then this representation will continue through the Social Security Appeals Council stage of remand. If your case is ultimately remanded to the Social Security Office of Hearing Operations, then Margaret Lehrkind's representation will immediately end. Client understands that Margaret Lehrkind ("Attorney") will not undertake any other duties except those set forth in this agreement.

2. Nature of Agreement. This is a contingent fee agreement and is intended to provide Client legal representation without requiring Client to pay a deposit or regular invoices for attorney's services, except as specially set forth in this agreement.

3. Fee for Legal Services in Federal Court Claim. As payment for legal services rendered in connection with your federal court claim, and in lieu of paying hourly rates for legal services, Client shall pay Margaret Lehrkind Twenty-Five percent (25%) of any and all retroactive benefits the Social Security Administration awards to Client (including Client's dependents and/or survivors, as determined by the Social Security Administration) in connection with Client's claim. This includes Twenty-Five percent (25%) of any and all retroactive Social Security Disability benefits, as well as Twenty-Five percent (25%) of any and all retroactive Supplemental Security Income benefits.

4. EAJA Fee Petition. Margaret Lehrkind or Lehrkind Law Office, P.C. may also pursue an award of attorneys' fees against the Social Security Administration under the Equal Access to Justice Act ("EAJA") on behalf of Client. Any attorneys' fees recovered as a result of an EAJA petition, whether through court award or by settlement, are assigned to Margaret Lehrkind as her own property. The Client, at the reasonable request of Margaret Lehrkind, agrees to instruct, in writing, the Social Security Administration, or any other government agency or body (e.g., Department of Treasury), to pay and send the assigned EAJA fees directly to Margaret Lehrkind. Margaret Lehrkind has Client's express authorization to take all actions necessary to effectuate the assignment of EAJA fees, including endorsing any check on behalf of Client. Margaret Lehrkind may elect to effectuate any necessary EAJA refund by seeking less than 25% of retroactive benefits (specifically, 25% of past due benefits minus any previously paid EAJA fees).

5. Federal Debt Inquiry. Client represents and warrants that Client does not owe any federal debts which may be subject to setoff or collection through the U.S. Bureau of Fiscal Services Treasury Offset Program ("TOP"). Client further authorizes Margaret Lehrkind to access the government's TOP database with respect to any federal debts Client may owe.

6. Client Net Worth. Client declares that his or her net worth is less that $2,000,000, and he or she is not the owner of a business or organization with a net worth above $7,000,000.

7. Cancellation by Client. Client may cancel this contingent fee agreement by notifying Margaret Lehrkind in writing.

8. Cancellation by Attorney. Margaret Lehrkind and/or Lehrkind Law Office, P.C. may withdraw from representation of Client in the following circumstances: (1) with Client's consent; (2) upon Court approval; or (3) if no court action has been filed, upon reasonable notice to Client. Any breach of this agreement by Client will constitute appropriate grounds for Attorney to seek withdrawal from this representation.

9. Consent to Use of E-Mail and Cloud Services. To provide efficient and convenient legal services, this law office will frequently communicate and send documents using e-mail. Client consents to any risks associated with e-mail communications.

10. Disclaimer of Guarantee. Margaret Lehrkind will exert her best efforts to obtain a successful result with respect to Client's federal court appeal; however, Client understands neither Margaret Lehrkind nor any other attorney is able to guarantee or promise a particular result in your case, and no such guarantee has been made.

Throughout this process, please understand that I am unable to expedite the court's timeline. I will update you as your case develops. I will do my best to obtain a reversal of Social Security's denial. Thank you for the confidence you have placed in me.

I look forward to working with you.

Sincerely,

/s/ Margaret Lehrkind

Margaret Lehrkind

THE FOREGOING AGREEMENT HAS BEEN READ, UNDERSTOOD, AND AGREED TO BY CLIENT:

02/18/2026
DATE

By: JESSE MOORE
(Client Full Name)

[signature]
Signature